**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 19-cr-214-JL |
| | ) | |
| **HAYDER LEFTA** | ) | |

**ORGANIZATIONAL VICTIM STATEMENT**
**LCrR 12.4.1(b)**

An alleged victim in the above-captioned case, TD Bank, is a publicly owned company. No publicly held company owns 10% or more of its stock. It does not have a known merger agreement with any publicly held corporation.

The parent company of alleged victim in this case, Citizens Bank, Citizens Financial Group, Inc. is a publically traded company. The Vanguard Group may own approximately 11% of its stock.  It does not have a known merger agreement with any publicly held corporation.

The parent company of alleged victim in this case, Wells Fargo, Wells Fargo & Company, is a publicly owned company. No publicly held company owns 10% or more of its stock. It does not have a known merger agreement with any publicly held corporation.

The parent company of an alleged victim in this case, Lake City Bank, Lakeland Financial Corporation, is a publicly owned company. No publicly held company owns 10% or more of its stock. It does not have a known merger agreement with any publicly held corporation.

The parent company of an alleged victim in this case, Chemung Canal Trust Company, Chemung Financial Corporation, is a publicly owned company. No publicly held company owns 10% or more of its stock. It does not have a known merger agreement with any publicly held

corporation.

An alleged victim in this case, St. Mary's Bank, is not a publically held entity. It does not have a known merger agreement with any publicly held corporation.


DATED: November 4, 2019                    Respectfully submitted,

                                           SCOTT W. MURRAY
                                           United States Attorney


                                    By:    /s/ Georgiana L. Konesky
                                           Georgiana L. Konesky
                                           Assistant U.S. Attorney
                                           Bar No. (Mass.) 685375
                                           53 Pleasant Street, 4th Floor
                                           Concord, New Hampshire 03301
                                           (603) 225-1552
                                           georgiana.konesky@usdoj.gov