UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HAYDER LEFTA )  | No. 1:19-cr-00214-JL |

## JOINT STIPULATION REGARDING THE SPEEDY TRIAL ACT

Pursuant to the Court's Order of August 27, 2020, the United States and the defendant, through their respective counsel, hereby stipulate and agree as follows:

The indictment in this case was returned on October 30, 2019. The defendant first appeared in Court on November 4, 2019. Thus, the Speedy Trial clock began to run on that date. *See* 18 U.S.C. § 3161(c)(1).

On December 6, 2019, the defendant filed an assented-to motion to continue the trial date. The Court granted the motion in the interests of justice on December 16, 2019, and continued the trial to March 3, 2020. The period from the filing of the motion until its resolution is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D). The period from December 6, 2019, through March 3, 2020, is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)((7)(A).

On February 19, 2020, the defendant filed a second assented-to motion to continue the trial date. The Court granted the motion in the interests of justice on February 20, 2020, and continued the trial until May 5, 2020. The period from the filing of the motion until its resolution is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D). The period from February 19, 2020, through May 5, 2020 is excludable under the Speedy Trial Act. *See* 18 U.S.C.

§ 3161(h)((7)(A).

On April 23, 2020, the court reset the trial date to June 2, 2020 pursuant to standing orders 20-5 and 20-16 regarding the COVID-19 pandemic. The period from April 23, 2020 through June 2, 2020 is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)((7)(A).

On May 21, 2020, the court reset the trial date to July 7, 2020 pursuant to standing orders 20-5 and 20-17 regarding the COVID-19 pandemic. The period from May 21, 2020 through July 7, 2020 is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)((7)(A).

On June 19, 2020, the court reset the trial date to August 4, 2020 pursuant to standing orders 20-5 and 20-25 regarding the COVID-19 pandemic. The period from June 19, 2020 through August 4, 2020 is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)((7)(A).

On July 27, 2020 the court reset the trial date to September 1, 2020 pursuant to standing order 20-5 and 20-25 regarding the COVID-19 pandemic. The period from July 27, 2020 through September 1, 2020 is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)((7)(A).

On August 19, 2020, the defendant filed a third assented-to motion to continue the trial date. The Court granted the motion in the interests of justice on August 24, 2020, and continued the trial until November 3, 2020. The period from the filing of the motion until its resolution is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D). The period from August 19, 2020, through November 3, 2020 is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)((7)(A).

On October 13, 2020, the defendant filed a fourth assented-to motion to continue the trial date. The Court granted the motion in the interested of justice on October 14, 2020, and

continued the trial until January 5, 2021. The period from the filing of the motion until its resolution is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D). The period from October 13, 2020, through January 5, 2021 is excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)((7)(A).

The parties stipulate that on the trial date of January 5, 2021, a total of approximately 428 days will have elapsed since the defendant's first appearance. However, the parties stipulate that 396 of those days constitute excludable delay under the Speedy Trial Act and that only 32 days are not excludable under the Speedy Trial Act.

                                              Respectfully submitted,

                                              SCOTT W. MURRAY
                                              United States Attorney

October 19, 2020                      By:     /s/ Georgiana L. MacDonald
                                              Georgiana L. MacDonald
                                              Assistant U.S. Attorney

                                              /s/ Chuck Keefe
                                              Chuck Keefe
                                              Counsel for Hayder Lefta